UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JEAN WILBURN,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:15-cv-01794 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Deborah Jean Wilburn seeks to proceed *in forma pauperis* in this action. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).  The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to the application, Plaintiff is not employed and relies upon the income of her husband,which totals $3,500 per month.  (Doc. 3 at 1)  In addition, Plaintiff reports she has more than $1,400 in a bank account.  However, Plaintiff does not identify any monthly expenses they have, or whether they have any dependents.  Consquently, the Court finds the information is not suffient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application

that includes information regarding Plaintiff's monthly expenses and whether she and her husband have any dependents. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **December 2, 2015**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE